IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**MICHAEL EUGENE HALE**                                                                    **PLAINTIFF**

V.                              **CASE NO. 5:24-CV-5117**

**KARAS CORRECTIONAL HEALTH (KCH);**
**SHERIFF JAY CANTRELL,**
Washington County, Arkansas;
**PARAMEDIC DUSTIN SANDERS, KCH;**
**KELLIE HINLEY,** Head of Medical, KCH;
**PARAMEDIC JORDAN PREVANAS, KCH;**
**PARAMEDIC JACK SMOTHERS, KCH;**
and **PARAMEDIC JUSTYN MCENTIRE, KCH**                                      **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 37) filed in this case on January 21, 2025, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R by the deadline.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and Defendants' Motion to Dismiss (Doc. 34) is **GRANTED**. The case is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas.

**IT IS SO ORDERED** on this 13th day of February 2025.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE