## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

**MICHAEL EUGENE HALE**                                          **PLAINTIFF**

**V.**                                **CASE NO. 5:24-CV-5117**

**KARAS CORRECTIONAL HEALTH (KCH);**
**SHERIFF JAY CANTRELL,**
**Washington County, Arkansas;**
**PARAMEDIC DUSTIN SANDERS, KCH;**
**KELLIE HINLEY, Head of Medical, KCH;**
**PARAMEDIC JORDAN PREVANAS, KCH;**
**PARAMEDIC JACK SMOTHERS, KCH;**
**and PARAMEDIC JUSTYN MCENTIRE, KCH**                 **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 54) filed in this case on April 22, 2026, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R by the deadline.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and Plaintiff Michael Eugene Hale's Motion to Reopen Case (Doc. 43) is **DENIED**.

**IT IS SO ORDERED** on this 12th day of May, 2026.


*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE